LILA MORRISON WEED, an Infant, etc., and MARGARET THOMAS WEED, an Infant, etc., by ELIZABETH CLARK, Their Guardian ad Litem, Appellants, *v.* MANUEL JOSEPH BRAZILL and " MARY " BRAZILL, His Wife, the Name " Mary " Being Fictitious, etc., Respondents.

First Department, May 14, 1920.

See head note in *Brazill* v. *Weed* (*ante*, p. 66).

APPEAL by the plaintiffs, Lila Morrison Weed and another, infants, by Elizabeth Clark, their guardian ad litem, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 28th day of January, 1920, as resettled by an order entered in said clerk's office on the 13th day of February, 1920, staying the trial of the issues in the ejectment action brought by the children of Thomas M. Weed against

Manuel Joseph Brazill until the trial of the equitable issues in the action brought by Brazill to establish his title to the premises in question.

*Gustav Lange, Jr.*, for the appellants.

*Edwin Welling Cady* of counsel [*Harold Swain*, attorney], for the respondents.

SMITH, J.:

It follows from the reasoning in *Brazill* v. *Weed* (192 App. Div. 66) that this order was properly issued, and should be affirmed, with ten dollars costs and disbursements.

DOWLING, LAUGHLIN and MERRELL, JJ., concur.

Order affirmed, with ten dollars costs and disbursements.